# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| GLENN ELLIOTT BECKNER,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES, et al.,<br><br>Defendants. | Case No. CV 08-7504-AG (JWJ)<br><br>**ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH COURT ORDER** |

On March 13, 2009, defendant Judge Susan Johnson filed a "Notice of Motion to Dismiss" ("Motion to Dismiss").

Plaintiff was instructed, in this Court's March 18, 2009 Minute Order, to file a Response to the Motion to Dismiss on or before April 1, 2009.

To date, Plaintiff has not filed a Response to the Motion to Dismiss. Thus, it appears that plaintiff has failed to comply with this Court's March 18, 2009 Minute Order.

## ORDER

Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS:**

(1) Within **twenty-one days from the date of this Order** plaintiff

1         shall file either an opposition or non-opposition to defendants'
2         Motion to Dismiss; and
3   (2)    The Court Clerk is ordered to serve this Order to Show Cause and
4         defendant's Motion to Dismiss upon plaintiff at his last known
5         address.

If plaintiff fails to comply with this Order to Show Cause as outlined above, this Court may recommend that this action be dismissed with prejudice for failure to prosecute this action and for failure to comply with this Court's order. See Fed. R. Civ. P. 41(b); Local Rules - Central District of California, L.R. 41-1; see also Link v. Wabash R.R., 370 U.S. 626, 629-30, 82 S. Ct. 1386, 1388, 8 L. Ed. 2d 734 (1962); Yourish v. California Amplifier, 191 F.3d 983, 986 (9th Cir. 1999).

DATED: June 5, 2009

                                                /s/
                                JEFFREY W. JOHNSON
                                United States Magistrate Judge