# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN ELLIOTT BECKNER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES, et al.,<br><br>    Defendants. | Case No. CV 08-7504-AG (JEM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendations has passed, and no Objections have been filed. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS HEREBY ORDERED** that Defendant Susan Johnson's Motion to Dismiss is granted and Plaintiff's clams against Johnson are dismissed without leave to amend.

DATED: September 27, 2009

                                              ANDREW J. GUILFORD
                                              UNITED STATES DISTRICT JUDGE