# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN ELLIOTT BECKNER, | Case No. CV 08-7504-AG (JEM) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| UNITED STATES, et al., | |
| Defendants. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

DATED: September 27, 2009

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE